# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAWAL DEWIDAR,<br><br>         Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>         Defendant. | Case No.: 17-CV-0062-CAB-(RBB)<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 40]** |

Having considered the parties' Joint Motion for Stipulated Dismissal with Prejudice, the Court **GRANTS** the joint motion. [Doc. No. 40.] Accordingly, this Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. The Clerk of Court shall terminate the case.

It is **SO ORDERED**.

Dated: February 15, 2018

                _____
                Hon. Cathy Ann Bencivengo
                United States District Judge